Date signed December 05, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                              :
                                                    :
NICOLE BRYANT                                       :        Case No. 07-10505PM
                                                    :              Chapter 13
          Debtor                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -:

### MEMORANDUM OF DECISION

This case comes before the court on the Debtor's Motion to modify her Chapter 13 Plan after confirmation and the Trustee's opposition thereto.  The matter came before the court for hearing on December 4, 2007.  Debtor demonstrated that as a result of her disability incurred following entry of the Order confirming her Plan that she was unable to make both Plan payments and payments to a secured creditor coming due after confirmation.  The Trustee opposes, finding the failure of the Debtor to prove feasibility of this increased Plan payment and the failure of the mortgagee to file a claim for post-petition default.  The secured creditor took no position on the motion.

From the Debtor's representations, the court finds that she can make the payments as proposed.  Nothing prevents the Debtor or the Trustee from filing a proof of claim on behalf of the secured creditor, Sutton Federal, LLC, pursuant to Bankruptcy Rule 3004.  The court would find that the failure to file this claim sooner would be as the result of excusable neglect.

In closing, the court notes that three Circuit Courts have held that the right of debtors to modify confirmed Chapter 13 plans to cure post-petition defaults on secured claims.  *In re Mendoza*, 111 F.3d 1264 (CA5 1997); *In re Nichols*, 440 F.3d 850 (CA6 2006); *In re Hoggle*, 12 F.3d 1008 (CA11 1994).  An appropriate order will be entered.

cc:
Scott D. Arnopol, Esq., 601 Pennsylvania Ave., N.W., #900, Washington, DC 20004
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Nicole Bryant, 3208 Maygreen Avenue, District Heights, MD 20747

**End of Memorandum**